In the Matter of the Application of THE EAST RIVER BRIDGE COMPANY.*

(Submitted November 26, 1894; decided December 18, 1894.)

MOTION to amend remittitur.

*Morris & Steele* for motion.

*Hoadley, Lauterbach & Johnson* opposed.

Agree to amend remittitur so as to read " that the appeal is dismissed, with costs to each respondent, or set of respondents, in whose behalf an appearance was made and a brief filed in this court;" no opinion.

All concur.

Ordered accordingly.

---

LOUISE E. FRAZER et al., Respondents, *v.* GRANITE STATE PROVIDENT ASSOCIATION, Impleaded, etc., Appellant.

(Submitted November 26, 1894; decided December 18, 1894.)

MOTION to open default.

*Philip Carpenter* for motion.

*D. M. Porter* opposed.

Agree to grant motion; no opinion.

All concur.

Motion granted.

---

MILES M. O'BRIEN et al., as Receiver, etc., Respondents, *v.* LAWRENCE J. FITZGERALD, Impleaded, etc., Appellant.

(Submitted November 26, 1894; decided December 18, 1894.)

MOTION to amend remittitur.

*Guggenheimer, Untemeyer & Marshall* for motion.

*Kellogg & Van Heusen* opposed.

Agree to amend same as in *O'Brien* v. *Fitzgerald* (143 N. Y. 377); no opinion.

All concur.

Ordered accordingly.

---

* Case reported, 143 N. Y. 249.